**United States Bankruptcy Court**
**Southern District of Indiana, Terre Haute Division**

IN RE:                                                     Case No. _____

**Homecare Advantage LLC** _____ Chapter **11** _____

                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 22, 2018** _____    Signature: */s/ Barry Martin* _____

                                                **Barry Martin, Manager**                             Debtor

Date: _____    Signature: _____

                                                          Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
3B Medical
799 Overlook Dr
Winter Haven, FL  33884-1671


Accurate Biomed Services Inc.
PO Box 333
Silver Springs, FL  34489-0333


Apacheta Corporation
53 W Baltimore Pike Ste 200
Media, PA  19063-5629


Banc-serv Partners, LLC
Servicing Dept.
777 E Main St
Westfield, IN  46074-9440


Bhuptani & Reddy Investments
Rajnith Investments LLC c/o Dr. Anand Bh
341 E Trailwood Dr
Terre Haute, IN  47802-9606


Brightree
1735 N Brown Rd Ste 500
Lawrenceville, GA  30043-8228


Ceres Solutions
PO Box 2009
Terre Haute, IN  47802-0009
```

Chart
3055 Torrington Dr
Ball Ground, GA  30107-4543


CIS
1936 S Lynhurst Dr Ste M
Indianapolis, IN  46241-4636


Compass Health Brands
PO Box 71591
Chicago, IL  60694-1591


Culligan
PO Box 9382
Terre Haute, IN  47808-9382


De Lage Financial Services
PO Box 41602
Philadelphia, PA  19101-1602


Dedicated Distribution
640 Miami Ave
Kansas City, KS  66105-2122


Dell
PO Box 5275
Carol Stream, IL  60197-5275

DeVilbiss Healthcare
100 Devilbiss Dr
Somerset, PA  15501-2125


Dik Healthcare
16410 S John Lane Xing # 100
Lockport, IL  60441-4216


Dorsett Nissan
105 W Mayfair Dr
Terre Haute, IN  47802-4487


Drive Medical SPV, LLC
29427 Network Pl
Chicago, IL  60673-1294


Epic Medical, LLC
19772 NW 71st Ave
Starke, FL  32091-5536


Fedex
3965 Airways Blvd
Memphis, TN  38116-5017


First Bankcard
PO Box 3331
Omaha, NE  68103-0331

First Bankcard/ONB
PO Box 2818
Omaha, NE   68103-2818


Healthlink, Inc.
PO Box 6501
Carol Stream, IL   60197-6501


Henry Antonini
PO Box 325
Clinton, IN   47842-0325


Integrated Medical Systems, Inc.
12600 S Holiday Dr
Alsip, IL   60803-3250


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA   19101-7346


Medical Specialties Distribution
PO Box 206639
Dallas, TX   75320-6639


Medline Industries
650 Perry Rd
Plainfield, IN   46168-7419

Navitas Credit Corp.
1719 State Rt 10 Ste 314
Parsippany, NJ   07054-4500


Nissan
PO Box 742658
Cincinnati, OH   45274-2658


Nissan Motor Acceptance Corp.
PO Box 660360
Dallas, TX   75266-0360


Nonin Medical, Inc.
13700 1st Ave N
Plymouth, MN   55441-4595


Orkin
3733 E Margaret Dr
Terre Haute, IN   47803-9310


Performance Health
28100 Torch Pkwy Ste 700
Warrenville, IL   60555-3938


Phillips Medical Capital, LLC
c/o Erik L. Coccia
1500 Market St Ste 3500E
Philadelphia, PA   19102-2101

ResMed
PO Box 534593
Atlanta, GA  30353-4593


Respironics
PO Box 405740
Atlanta, GA  30384-5700


Riddell National Bank
1 E National Ave
Brazil, IN  47834-2614


Sagamore Health Network
11595 N Meridian St
Carmel, IN  46032-6947


SOS Technologies
4900 N Elston Ave
Chicago, IL  60630-2506


St. Vincent Home Medical
2020 Meridian St # 120
Anderson, IN  46016-4352


Station Break
1500 S 3rd St
Terre Haute, IN  47802-1012

TCF Equipment Finance
11100 Wayzata Blvd Ste 801
Minnetonka, MN  55305-5503


Vantage
1305 S Main St
Meadville, PA  16335-3036


VGM FInancial Services
1111 W San Marnan Dr Ofc A2
Waterloo, IA  50701-8927


VSP
PO Box 742788
Los Angeles, CA  90074-2788


Wells Fargo
PO Box 7777
San Francisco, CA  94120-7777

## United States Bankruptcy Court
### Southern District of Indiana, Terre Haute Division

IN RE:                                                           Case No. _____

**Homecare Advantage LLC** _____   Chapter **11** _____
                          Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                          the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                 the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Homecare Advantage LLC** _____     **X** */s/ Barry Martin* _____  **8/22/2018**
Printed Name(s) of Debtor(s)                    Signature of Debtor                          Date

Case No. (if known) _____      **X** _____
                                                Signature of Joint Debtor (if any)           Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify the case:**

Debtor name  **Homecare Advantage LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$484,425.85** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$1,536,736.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,492,461.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor   **Homecare Advantage LLC** _____   Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **Anthem Blue Cross** | | $11,661.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.2. **Brightree** | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Ceres Solutions** | | $7,378.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Rajnith Investments** | | $16,491.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Barry Martin**<br><br>**Member** | 1/1/2018-8/14/2018 | $12,195.64 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor     **Homecare Advantage LLC**          Case number *(if known)* _____

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Riddell National Bank vs. Homecare Advantage et al**<br>**84D02-1805-CC-003505** | **Collection** | **Vigo Superior Court**<br>**Division 2**<br>**33 S 3rd St**<br>**Terre Haute, IN 47807-3425** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Philips Medical Capital LLC vs. Homecare Advantage LLC et al**<br>**208-15771-CT** | **Collections** | **Court of Common Pleas**<br>**Chester County**<br>**313 W Market St**<br>**West Chester, PA**<br>**19382-2804** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor    **Homecare Advantage LLC**                                Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McMahan Law Firm PO Box 3105 Terre Haute, IN 47803-0105** | | | **$6,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Homecare Advantage 185 E McCallister Dr Terre Haute, IN 47802-4247** | **Medical device provider** | |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **185 E. McCallister Dr. Terre Haute, IN 47802** | How are records kept? *Check all that apply:* |
| | | | ☐ Electronically |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

   **Patient records Computer system and files at location of business**

   Does the debtor have a privacy policy about that information?

   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Homecare Advantage LLC**                                         Case number *(if known)*

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Terri Svihla**<br>**2901 Ohio Blvd Ste 282**<br>**Terre Haute, IN 47803-2246** | **2005 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                  Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Terri Svihla**<br>**2901 Ohio Blvd Ste 282**<br>**Terre Haute, IN 47803-2246** | **2005 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Terri Svihla**<br>**2901 Ohio Blvd Ste 282**<br>**Terre Haute, IN 47803-2246** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Riddell National Bank**<br>**1 E National Ave**<br>**Brazil, IN 47834-2614** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor   **Homecare Advantage LLC** _____   Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 22, 2018** _____

**/s/ Barry Martin** _____         **Barry Martin** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Manager** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Homecare Advantage LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **14-1858113** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **185 E McCallister Dr** **Terre Haute, IN 47802-4247** Number, Street, City, State & ZIP Code | **PO Box 10241** **Terre Haute, IN 47801-0241** P.O. Box, Number, Street, City, State & ZIP Code |
| **Vigo** County | **Location of principal assets, if different from principal place of business** |
| | **185 E McCallister Dr Terre Haute, IN 47802-4247** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Homecare Advantage LLC**
    Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**446190**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor     **Homecare Advantage LLC**  
     Name                Case number (*if known*)

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

  **Where is the property?** _____  
       Number, Street, City, State & ZIP Code

  **Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  - Contact name _____
  - Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Homecare Advantage LLC**
         Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on      **August 22, 2018**
                 MM / DD / YYYY

X **/s/ Barry Martin**                               **Barry Martin**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

---

**18. Signature of attorney**

X **/s/ Robert McMahan**                  Date **August 22, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Robert McMahan**
Printed name

**McMahan Law Firm**
Firm name

**PO Box 3105**
**Terre Haute, IN 47803-0105**
Number, Street, City, State & ZIP Code

Contact phone   **(812) 235-2800**      Email address   **robert@mcmahanlaw.net**

**11617-42**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Homecare Advantage LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 22, 2018**          X **/s/ Barry Martin**
                                                Signature of individual signing on behalf of debtor

                                                **Barry Martin**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Homecare Advantage LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Banc-serv Partners, LLC** **Servicing Dept.** **777 E Main St** **Westfield, IN** **46074-9440** | | **Bank loan** | | $339,309.33 | $21,154.00 | $320,155.33 |
| **Brightree** **1735 N Brown Rd** **Ste 500** **Lawrenceville, GA** **30043-8228** | | **Trade debt** | | | | $25,343.50 |
| **Chart** **3055 Torrington Dr** **Ball Ground, GA** **30107-4543** | | **Trade debt** | | | | $3,830.54 |
| **CIS** **1936 S Lynhurst Dr** **Ste M** **Indianapolis, IN** **46241-4636** | | **Trade debt** | | | | $4,891.20 |
| **Compass Health Brands** **PO Box 71591** **Chicago, IL** **60694-1591** | | **Trade debt** | | | | $8,290.45 |
| **Dell** **PO Box 5275** **Carol Stream, IL** **60197-5275** | | **Bank loan** | | | | $6,491.26 |
| **DeVilbiss Healthcare** **100 Devilbiss Dr** **Somerset, PA** **15501-2125** | | **Trade debt** | | | | $4,487.48 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor **Homecare Advantage LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Drive Medical SPV, LLC**<br>**29427 Network Pl**<br>**Chicago, IL**<br>**60673-1294** | | **Trade debt** | | | | **$4,487.48** |
| **First Bankcard**<br>**PO Box 3331**<br>**Omaha, NE**<br>**68103-0331** | | **Bank loan** | | | | **$8,443.06** |
| **First Bankcard/ONB**<br>**PO Box 2818**<br>**Omaha, NE**<br>**68103-2818** | | **Bank loan** | | | | **$4,619.00** |
| **Integrated Medical Systems, Inc.**<br>**12600 S Holiday Dr**<br>**Alsip, IL 60803-3250** | | **Trade debt** | | | | **$14,252.00** |
| **Internal Revenue Service Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **Trade debt** | | | | **$110,230.84** |
| **ResMed**<br>**PO Box 534593**<br>**Atlanta, GA**<br>**30353-4593** | | | | | | **$11,255.20** |
| **Respironics**<br>**PO Box 405740**<br>**Atlanta, GA**<br>**30384-5700** | | | | | | **$55,694.72** |
| **Sagamore Health Network**<br>**11595 N Meridian St**<br>**Carmel, IN**<br>**46032-6947** | | | | | | **$3,000.00** |
| **St. Vincent Home Medical**<br>**2020 Meridian St # 120**<br>**Anderson, IN**<br>**46016-4352** | | | | | | **$46,102.80** |
| **TCF Equipment Finance**<br>**11100 Wayzata Blvd Ste 801**<br>**Minnetonka, MN**<br>**55305-5503** | | **Bank loan** | | **$14,536.64** | **$19,154.00** | **$14,536.64** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor   **Homecare Advantage LLC**
_____   Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vantage**<br>**1305 S Main St**<br>**Meadville, PA**<br>**16335-3036** | | | | | | **$4,569.10** |
| **Wells Fargo**<br>**PO Box 7777**<br>**San Francisco, CA**<br>**94120-7777** | | **Bank loan** | | **$6,838.04** | **$19,154.00** | **$6,838.04** |
| **Wells Fargo**<br>**PO Box 7777**<br>**San Francisco, CA**<br>**94120-7777** | | **Bank loan** | | **$3,458.07** | **$19,154.00** | **$3,458.07** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Homecare Advantage LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Old National Bank** | **Checking** | **0045** | **$1,389.47** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,389.47** |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **695,060.00** | - | **0.00** | = .... | **$695,060.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**    Case number *(If known)* _____
Name

| 12. | **Total of Part 3.** | | $695,060.00 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** Medical equipment | | $19,154.00 | | $19,154.00 |
| **22.** **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $19,154.00 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                         Case number *(If known)* _____
Name

| 39. | **Office furniture** | | | |
| | **Office equipment** | $2,000.00 | | $2,000.00 |

| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | $2,000.00 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Nissan NV200 Cargo Van** | $17,250.00 | | $17,250.00 |
| 47.2. **2015 Nissan Armada 4WD** | $27,683.00 | | $27,683.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| 51. | **Total of Part 8.** | $44,933.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                              Case number *(If known)* _____
Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor  **Homecare Advantage LLC**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,389.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $695,060.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,154.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,933.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $762,536.47 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $762,536.47 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **Homecare Advantage LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Banc-serv Partners, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Office equipment** | **$339,309.33** | **$21,154.00** |

**Servicing Dept.**
**777 E Main St**
**Westfield, IN 46074-9440**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5009**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riddell National Bank**
**2. Banc-serv Partners, LLC**
**3. VGM FInancial Services**
**4. De Lage Financial Services**
**5. Navitas Credit Corp.**
**6. Pharmacists Mutual**
**7. Phillips Medical Capital, LLC**
**8. TCF Equipment Finance**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

| 2.2 | **De Lage Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Medical equipment** | **$19,504.99** | **$714,214.00** |

**PO Box 41602**
**Philadelphia, PA**
**19101-1602**
Creditor's mailing address

**Describe the lien**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor   **Homecare Advantage LLC**                              Case number (if known) _____
         Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM Financial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.3 | **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | $716.20 | $19,154.00 |
|---|---|---|---|---|
|  | Creditor's Name | **Medical equipment** |  |  |

**1719 State Rt 10 Ste 314**
**Parsippany, NJ 07054-4500**
Creditor's mailing address

**Describe the lien**

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**8207** |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM Financial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 9

Debtor   **Homecare Advantage LLC**
_____
Name

Case number (if know) _____

---

| 2.4 | **Nissan** | | Describe debtor's property that is subject to a lien | $30,305.75 | $27,683.00 |

Creditor's Name

**2015 Nissan Armada 4WD**

**PO Box 742658**
**Cincinnati, OH 45274-2658**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated
□ Disputed

---

| 2.5 | **Nissan Motor Acceptance Corp.** | | Describe debtor's property that is subject to a lien | $18,243.82 | $17,250.00 |

Creditor's Name

**2016 Nissan NV200 Cargo Van**

**PO Box 660360**
**Dallas, TX 75266-0360**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated
□ Disputed

---

| 2.6 | **Pharmacists Mutual** | | Describe debtor's property that is subject to a lien | $1,757.31 | $19,154.00 |

Creditor's Name

**Medical equipment**

Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor   **Homecare Advantage LLC**                                   Case number (if know) _____
         Name

**4301**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM FInancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.7 | **Phillips Medical Capital, LLC** | Describe debtor's property that is subject to a lien | $138,973.03 | $714,214.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical equipment** | | |

**c/o Erik L. Coccia**
**1500 Market St Ste 3500E**
**Philadelphia, PA**
**19102-2101**
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM FInancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.8 | **Riddell National Bank** | Describe debtor's property that is subject to a lien | $245,663.03 | $717,603.47 |
|---|---|---|---|---|
| | Creditor's Name | **Office equipment** | | |

**1 E National Ave**
**Brazil, IN 47834-2614**

Debtor    **Homecare Advantage LLC**                          Case number (if known) _____
_____
Name

_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. Riddell National Bank**
**2. Banc-serv Partners, LLC**
**3. VGM Financial Services**
**4. De Lage Financial Services**
**5. Navitas Credit Corp.**
**6. Pharmacists Mutual**
**7. Phillips Medical Capital, LLC**
**8. TCF Equipment Finance**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.9 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | $14,536.64 | $19,154.00 |
|---|---|---|---|---|
| | Creditor's Name | **Medical equipment** | | |

**11100 Wayzata Blvd Ste 801**
**Minnetonka, MN 55305-5503**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2305**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 9

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor  **Homecare Advantage LLC**

Name

Case number (if know) _____

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM FInancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.1 0 | **VGM FInancial Services** | Describe debtor's property that is subject to a lien | $2,997.97 | $21,154.00 |
|---|---|---|---|---|

Creditor's Name

**Office equipment**

**1111 W San Marnan Dr Ofc A2**
**Waterloo, IA 50701-8927**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9082**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Riddell National Bank**
**2. Banc-serv Partners, LLC**
**3. VGM FInancial Services**
**4. De Lage Financial Services**
**5. Navitas Credit Corp.**
**6. Pharmacists Mutual**
**7. Phillips Medical Capital, LLC**
**8. TCF Equipment Finance**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.1 1 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $3,458.07 | $19,154.00 |
|---|---|---|---|---|

Creditor's Name

**Medical equipment**

**PO Box 7777**
**San Francisco, CA 94120-7777**

Creditor's mailing address

**Describe the lien**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor   **Homecare Advantage LLC**                                              Case number (if known) _____
         Name

|                                          | **Is the creditor an insider or related party?** |
|---|---|
| _____ Creditor's email address, if known | ■ No ☐ Yes |
|                                          | **Is anyone else liable on this claim?** |
| **Date debt was incurred**               | ■ No |
|                                          | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **0001** |                              |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No                                     | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|                                          | ☐ Disputed |

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM FInancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.1 2 | **Wells Fargo** | **Describe debtor's property that is subject to a lien** | $1,357.19 | $19,154.00 |
|---|---|---|---|---|
|   | Creditor's Name | **Medical equipment** | | |

**PO Box 7777**
**San Francisco, CA**
**94120-7777**
Creditor's mailing address

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor **Homecare Advantage LLC**

Name

Case number (if know) _____

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM Flnancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

| 2.13 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $6,838.04 | $19,154.00 |
|---|---|---|---|---|

Creditor's Name

**Medical equipment**

**PO Box 7777**
**San Francisco, CA**
**94120-7777**

Creditor's mailing address

_____

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4500**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Banc-serv Partners, LLC**
**2. De Lage Financial Services**
**3. Navitas Credit Corp.**
**4. Pharmacists Mutual**
**5. Phillips Medical Capital, LLC**
**6. Riddell National Bank**
**7. TCF Equipment Finance**
**8. VGM Flnancial Services**
**9. Wells Fargo**
**10. Wells Fargo**
**11. Wells Fargo**

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$823,661.37**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                    Case number (if know) _____
          Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Henry Antonini** <br> **PO Box 325** <br> **Clinton, IN 47842-0325** | Line __2.8__ | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Homecare Advantage LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$110,230.84** | **$0.00** |

Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **unknown** |

Nonpriority creditor's name and mailing address
**3B Medical**

**799 Overlook Dr
Winter Haven, FL 33884-1671**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$52.75** |

Nonpriority creditor's name and mailing address
**Accurate Biomed Services Inc.**

**PO Box 333
Silver Springs, FL 34489-0333**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Homecare Advantage LLC**                                        Case number (if known) _____

    Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,169.82 |
|---|---|---|---|

**Apacheta Corporation**

53 W Baltimore Pike Ste 200
Media, PA 19063-5629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,343.50 |
|---|---|---|---|

**Brightree**

1735 N Brown Rd Ste 500
Lawrenceville, GA 30043-8228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1BTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Ceres Solutions**

PO Box 2009
Terre Haute, IN 47802-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,830.54 |
|---|---|---|---|

**Chart**

3055 Torrington Dr
Ball Ground, GA 30107-4543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0846**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,891.20 |
|---|---|---|---|

**CIS**

1936 S Lynhurst Dr Ste M
Indianapolis, IN 46241-4636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2214**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,290.45 |
|---|---|---|---|

**Compass Health Brands**

PO Box 71591
Chicago, IL 60694-1591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0359**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.55 |
|---|---|---|---|

**Culligan**

PO Box 9382
Terre Haute, IN 47808-9382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3444**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Homecare Advantage LLC**
Name

Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.36 |
|---|---|---|---|

**Dedicated Distribution**

640 Miami Ave
Kansas City, KS 66105-2122

Date(s) debt was incurred __

Last 4 digits of account number  **7879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,491.26 |
|---|---|---|---|

**Dell**

PO Box 5275
Carol Stream, IL 60197-5275

Date(s) debt was incurred __

Last 4 digits of account number  **0958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,487.48 |
|---|---|---|---|

**DeVilbiss Healthcare**

100 Devilbiss Dr
Somerset, PA 15501-2125

Date(s) debt was incurred __

Last 4 digits of account number  **4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,072.00 |
|---|---|---|---|

**Dik Healthcare**

16410 S John Lane Xing # 100
Lockport, IL 60441-4216

Date(s) debt was incurred __

Last 4 digits of account number  **8676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.81 |
|---|---|---|---|

**Dorsett Nissan**

105 W Mayfair Dr
Terre Haute, IN 47802-4487

Date(s) debt was incurred __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,487.48 |
|---|---|---|---|

**Drive Medical SPV, LLC**

29427 Network Pl
Chicago, IL 60673-1294

Date(s) debt was incurred __

Last 4 digits of account number  **4551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,530.00 |
|---|---|---|---|

**Epic Medical, LLC**

19772 NW 71st Ave
Starke, FL 32091-5536

Date(s) debt was incurred __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **Homecare Advantage LLC**                                      Case number *(if known)* _____
                    Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Fedex**

3965 Airways Blvd
Memphis, TN 38116-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2732**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,443.06 |
|---|---|---|---|

**First Bankcard**

PO Box 3331
Omaha, NE 68103-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2362**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,619.00 |
|---|---|---|---|

**First Bankcard/ONB**

PO Box 2818
Omaha, NE 68103-2818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1620**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.34 |
|---|---|---|---|

**Healthlink, Inc.**

PO Box 6501
Carol Stream, IL 60197-6501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3001**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,252.00 |
|---|---|---|---|

**Integrated Medical Systems, Inc.**

12600 S Holiday Dr
Alsip, IL 60803-3250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0241**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,842.50 |
|---|---|---|---|

**Medical Specialties Distribution**

PO Box 206639
Dallas, TX 75320-6639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.24 |
|---|---|---|---|

**Medline Industries**

650 Perry Rd
Plainfield, IN 46168-7419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3426**

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor **Homecare Advantage LLC**
_____
Name

Case number (if known) _____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.00 |

**Nonin Medical, Inc.**

**13700 1st Ave N**
**Plymouth, MN 55441-4595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3172__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.88 |

**Orkin**

**3733 E Margaret Dr**
**Terre Haute, IN 47803-9310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __4283__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.89 |

**Performance Health**

**28100 Torch Pkwy Ste 700**
**Warrenville, IL 60555-3938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0116__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,255.20 |

**ResMed**

**PO Box 534593**
**Atlanta, GA 30353-4593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8712__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,694.72 |

**Respironics**

**PO Box 405740**
**Atlanta, GA 30384-5700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Sagamore Health Network**

**11595 N Meridian St**
**Carmel, IN 46032-6947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $966.28 |

**SOS Technologies**

**4900 N Elston Ave**
**Chicago, IL 60630-2506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor    **Homecare Advantage LLC**                                        Case number (if known) _____
          Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,102.80** |
|---|---|---|---|

**St. Vincent Home Medical**

**2020 Meridian St # 120**
**Anderson, IN 46016-4352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.42** |
|---|---|---|---|

**Station Break**

**1500 S 3rd St**
**Terre Haute, IN 47802-1012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **4696**              Is the claim subject to offset? ☒ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,569.10** |
|---|---|---|---|

**Vantage**

**1305 S Main St**
**Meadville, PA 16335-3036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __                Is the claim subject to offset? ☒ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$217.52** |
|---|---|---|---|

**VSP**

**PO Box 742788**
**Los Angeles, CA 90074-2788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **9515**              Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **110,230.84** |
| **5b. Total claims from Part 2** | 5b. + | $ | **215,687.15** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **325,917.99** |

**Fill in this information to identify the case:**

Debtor name        **Homecare Advantage LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known)        _____

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease for 135 & 215 E. McCallister Dr., Terre Haute, IN 47802** | |
| State the term remaining | **Bhuptani & Reddy Investments Rajnith Investments LLC c/o Dr. Anand Bh 341 E Trailwood Dr Terre Haute, IN 47802-9606** |
| List the contract number of any government contract | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Homecare Advantage LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Barry Martin** | **PO Box 10241**<br>**Terre Haute, IN 47801-0241** | **Phillips Medical Capital, LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Barry Martin** | **PO Box 10241**<br>**Terre Haute, IN 47801-0241** | **Riddell National Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Tammy S. Martin** | **PO Box 10241**<br>**Terre Haute, IN 47801-0241** | **Phillips Medical Capital, LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Tammy S. Martin** | **PO Box 10241**<br>**Terre Haute, IN 47801-0241** | **Riddell National Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Homecare Advantage LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA, TERRE HAUTE DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

　　**1a. Real property:**
　　Copy line 88 from *Schedule A/B*......................................................................................    $ _____0.00

　　**1b. Total personal property:**
　　Copy line 91A from *Schedule A/B*..................................................................................    $ _____762,536.47

　　**1c. Total of all property:**
　　Copy line 92 from *Schedule A/B*....................................................................................    $ _____762,536.47

---

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____823,661.37

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

　　**3a. Total claim amounts of priority unsecured claims:**
　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $ _____110,230.84

　　**3b. Total amount of claims of nonpriority amount of unsecured claims:**
　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____215,687.15

4.   **Total liabilities** ....................................................................................................................
　　Lines 2 + 3a + 3b    $ _____1,149,579.36

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana, Terre Haute Division

In re __Homecare Advantage LLC__ _____  Case No. _____
                                          Debtor(s)        Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ __FLAT FEE__

   For legal services, I have agreed to accept ........................................  $ _____

   Prior to the filing of this statement I have received ..........................  $ _____

   Balance Due ...................................................................................  $ _____

■ __RETAINER__

   For legal services, I have agreed to accept and received a retainer of .........  $ _____**6,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ...........  $ _____**240.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 22, 2018__ _____        __/s/ Robert McMahan__ _____
*Date*                                             __Robert McMahan__
                                                   *Signature of Attorney*
                                                   __McMahan Law Firm__

                                                   __PO Box 3105__
                                                   __Terre Haute, IN 47803-0105__
                                                   __(812) 235-2800   Fax: (812) 238-9486__
                                                   __robert@mcmahanlaw.net__
                                                   *Name of law firm*

---