UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-80520-JJG-11 |
| | ) | |
| HOMECARE ADVANTAGE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**CORPORATE OWNERSHIP STATEMENT**

As required by Fed.R.Bankr.P. 1007(a)(1), the Debtor in this case now files this Corporate Ownership Statement and reports as follows:

Debtor is a "corporation" as that term is defined in 11 U.S.C. § 101(9) but has no entities to report under Fed.R.Bankr.P. 7007.1.

Date: August 27, 2018                    */s/ Barry Martin*
                                          Barry Martin, Manager
                                          Homecare Advantage LLC