UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-80520-JJG-11 |
| | ) | |
| HOMECARE ADVANTAGE, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## STATEMENT OF OPERATIONS

The debtor is an Indiana limited liability company which is engaged in supplying durable medical products such as hospital beds, wheelchairs, walkers, crutches, oxygen, CPACs, and other related equipment, to individuals in need based upon doctor's prescriptions.


Dated:  August 27, 2018                    */s/ Barry Martin*
                                            Barry Martin, Manager of
                                            Homecare Advantage, LLC