HomeCare Advantage  **Debtor(s)**   Case No. 18-80520-JJG-11

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition. Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$ -2,032.01

RECEIPTS & OTHER FUNDING:

1. Sales/Receipts — $ 133,185.30
2. Accounts Receivable Collections — $
3. Loans/Financing — $ 0
4. Capital Contributions — $ 0
5. Other Receipts (describe below) — $ 0

$
$
$

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)   $ 133,185.30

EXPENDITURES:

6. Inventory Purchases — $ 5,055.35
7. Taxes — $ 7,204.46
8. PAYROLL
    a. Compensation of Insiders — $ 28,296.00
    b. Salaries & Wages — $ 38,577.51
    c. Outside Labor — $ 7,324.80
9. Payments to Professionals — $ 14,296.50
10. Insurance — $ 4,528.39
11. Real Property Rent Payments — $ 10,995.60
12. Equipment Lease Payments — $ 7,092.12
13. Mortgage Payments — $ 0
14. Utilities/Telephone — $ 2,657.64
15. Supplies — $ 330.82
16. Repairs & Maintenance — $ 161.78
17. Travel & Entertainment — $ 30.68

18.  Other Expenses (describe below)   $16,817.54

    Distributions   $6,000.00

    Vehicle Loans   $6,252.06

    Miscellaneous   $4,565.48

**II. TOTAL EXPENDITURES** (sum of lines 6-18)   $143,369.19

**NET CASH FLOW** (Total Receipts less Total Expenditures)   $-10,183.89

Bank book balance and cash on hand at *date of filing*   $-12,215.90

**(Note:  Declaration required if form is filed separately from other schedules.)**

I/We declare under the penalty of perjury that the information provided in this form is true and correct.

Date: 09/05/2018

/s/ Barry Martin, Manager   *(Signature of Debtor)*

Barry Martin, Manager   *(Printed Name of Debtor)*

*(Signature of Joint Debtor, if any)*

*(Printed Name of Joint Debtor, if any)*

Print Form