2:47 PM
09/05/18
Cash Basis

# HomeCare Advantage, LLC
## Balance Sheet
### As of August 22, 2018

|  | Aug 22, 18 |
|---|---:|
| **Other Current Liabilities** | |
|   2100 · Payroll related liabilities | |
|     2105 · Accrued payroll | 16,190.94 |
|     2110 · Federal payroll taxes payable | 109,868.72 |
|     2120 · State & local taxes payable | |
|       2122 · State tax withheld | 11,827.16 |
|       2124 · Local tax withheld | 4,464.87 |
|     Total 2120 · State & local taxes payable | 16,292.03 |
|     2160 · FUTA payable | 470.94 |
|     2170 · SUTA Payable | 5,071.06 |
|     2150 · Retirement plan liabilities | |
|       2152 · 401(k) Withholdings | 8,938.41 |
|       2154 · 401(k) Loan repayment | 2,049.75 |
|       2156 · Company 401(k) matching liab | 4,469.20 |
|       2158 · Profit sharing company contribu | 17,758.57 |
|     Total 2150 · Retirement plan liabilities | 33,215.93 |
|     2106 · AFLAC | 154.76 |
|   Total 2100 · Payroll related liabilities | 181,264.38 |
|   2561 · Riddell Loan 7-2297 | 25,250.00 |
|   2562 · Riddell Loan 7-2319 | 78,565.95 |
|   2610 · Capital leases payable -current | |
|     261015B · PMC Lease 101-10118388 | 23,497.98 |
|     2610-17 · PMC Lease 101-10124636 | 20,309.72 |
|     2610-18 · PMC Lease 101-10133610 | 37,957.92 |
|     2610-19 · PMC Lease 101-10145556 | 25,862.51 |
|     2610-50 · ST NCC Lease 40327562 | 709.59 |
|     2610-52 · ST NCC Lease 40378207 | 2,275.68 |
|     2610-55 · DLL Lease #100-10140117 | 15,869.52 |
|     2610-60 · VGM Lease 004-4009082-304 | 32,709.87 |
|     2610-61 · TCF Lease 008-4009082-305 | 4,777.87 |
|   Total 2610 · Capital leases payable -current | 163,970.66 |
|   2613 · Current portion long term debt | |
|     2615 · Auto loans - current | |
|       2615-N4 · Nissan Loan 2018 NV Cargo | 4,421.98 |
|       2615-N3 · Nissan Loan 5000-1 | 4,239.87 |
|       2615-N Nissan loan 3000 | 9,828.84 |
|       2615-N1 · Nissan Loan 1000 | 5,514.34 |
|       2615-N2 · Nissan Loan 1000-1 | 3,616.27 |
|       2615-H1 · Hyundai Loan 2758381624 ST | 4,507.99 |
|     Total 2615 · Auto loans - current | 32,129.29 |
|     2633 · SBA loan RNB-current | 71,233.85 |
|     2650 · Current RNB loan for PCV | 4,911.54 |
|     2675 · Current RNB loan 28-3869 | 11,964.20 |
|     2680 · Current RNB Loan 28-6149 | 13,551.35 |
|   Total 2613 · Current portion long term debt | 133,790.23 |
| **Total Other Current Liabilities** | 582,841.22 |
| **Total Current Liabilities** | 629,588.57 |
| **Long Term Liabilities** | |
|   2700 · Long term debt | |
|     2710 · Capital leases payable - long t | |
|       2710-18 · LT PMC Lease 101-10133610 | 9,819.49 |
|       2710-19 · LT PMC Lease 101-10145556 | 9,318.62 |
|       2710-60 · VGM Lease 004-4009082-304 | 7,492.12 |
|     Total 2710 · Capital leases payable - long t | 26,630.23 |

9-11-18

2:47 PM
09/05/18
Cash Basis

# HomeCare Advantage, LLC
## Balance Sheet
### As of August 22, 2018

|  | Aug 22, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **999 · Cash** | |
|    1001 · ONB business checking | -12,215.90 |
|    1010 · Petty cash fund | 65.50 |
|    1020 · Cash register drawer | 200.00 |
|    BillCom clearing | 1,209.70 |
| **Total 999 · Cash** | -10,740.70 |
| **Total Checking/Savings** | -10,740.70 |
| **Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
|    1400 · Inventory asset | 30,000.00 |
| **Total Other Current Assets** | 30,000.00 |
| **Total Current Assets** | 19,259.30 |
| **Fixed Assets** | |
|    1500 · Fixed assets - medical equip | 769,714.79 |
|    1510 · Fixed assets - office equip | 84,271.57 |
|    1520 · Fixed assets - auto | 209,328.43 |
|    1601 · Accum deprec - med equip | -742,733.00 |
|    1610 · Accum deprec - ofc equip | -83,193.00 |
|    1620 · Accum deprec - auto | -50,627.32 |
| **Total Fixed Assets** | 186,761.47 |
| **Other Assets** | |
|    1700 · Organization costs | 3,500.00 |
|    1710 · Accum amortization - org costs | -3,500.00 |
|    1720 · Loan fee | 19,990.71 |
|    1725 · Accum amort - loan fee | -19,990.71 |
|    1750 · Intangible - business expertise | 50,000.00 |
|    1840 · Note receivable - shareholder | 74,195.97 |
| **Total Other Assets** | 124,195.97 |
| **TOTAL ASSETS** | **330,216.74** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
|    2000 · Accounts payable | 25,910.48 |
| **Total Accounts Payable** | 25,910.48 |
| **Credit Cards** | |
| **2300 · Credit cards payable** | |
|    2301 · Sam's Club | 697.29 |
|    2302 · American Express | -17.47 |
|    2304 · Capital One | -40.17 |
|    2305 · Visa UMB Bank | 2,835.19 |
|    2306 · Dell Business Credit | 4,998.33 |
|    2307 · Visa - ONB | |
|       2307B · ONB - Barry | 8,025.05 |
|       2307T · ONB - Tammy | 4,338.65 |
| **Total 2307 · Visa - ONB** | 12,363.70 |
| **Total 2300 · Credit cards payable** | 20,836.87 |
| **Total Credit Cards** | 20,836.87 |

9·11·18

Page 1

2:47 PM
09/05/18
Cash Basis

# HomeCare Advantage, LLC
## Balance Sheet
### As of August 22, 2018

|  | Aug 22, 18 |
|---|---:|
| 2715 · Auto loans payable - long term | |
|   2715-N4 · Nissan Loan 2018 NV Cargo | 34,177.56 |
|   2715-N3 · Nissan Loan 5000-1 | 29,790.45 |
|   2715-N2 · Nissan Loan 1000-1 | 12,947.57 |
|   2715-N1 · Nissan Loan 1000 | 8,007.50 |
|   2715-N · Nissan loan 3000 | 17,200.63 |
|   2715-H1 · Hyundai Loan 2758381624 LT | 16,871.98 |
| Total 2715 · Auto loans payable - long term | 118,995.69 |
| 2733 · SBA loan 50323150-09 | 265,732.04 |
| 2775 · LT RNB loan 28-3869 | 3,120.54 |
| 2780 · LT RNB Loan 28-6149 | 85,606.02 |
| Total 2700 · Long term debt | 500,084.52 |
| Total Long Term Liabilities | 500,084.52 |
| Total Liabilities | 1,129,673.09 |
| Equity | |
|   3010 · Retained earnings | -956,977.58 |
|   3020 · Shareholder distributions | -13,269.49 |
|   3300 · Capital stock | |
|     3310 · Capital stock class A | 85,511.00 |
|     3320 · Capital stock class B | 21,025.00 |
| Total 3300 · Capital stock | 106,536.00 |
| Net Income | 64,254.72 |
| Total Equity | -799,456.35 |
| TOTAL LIABILITIES & EQUITY | 330,216.74 |

9-11-18 [signature]