# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | HOMECARE ADVANTAGE, LLC |
| **Case Number:** | 18-80520-JJG-11    **Chapter:**  11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 24, 2018 01:30 PM   IP 311 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** | HEATHER HEISER-DAVIS |
| **Reporter / ECR:** | HEATHER HEISER-DAVIS |

### Matter:

Continued Final Hearing on Debtor's First Day Motion for Use of Cash Collateral with Objections filed by U.S. Trustee and Riddell National Bank. [4], [15], [58]

**R / M #:**   0 / 0

### Appearances:

ROBERT D. MCMAHAN, ATTORNEY FOR HOMECARE ADVANTAGE, LLC

### Proceedings:

Disposition: Hearing held.  Court swears in and hears testimony of Barry Martin. Debtor's exhibits 1 and 2 are admitted into evidence.  Court grants Motion on an interim basis and sets final hearing for 12/13/18 at 1:15 pm, Terre Haute, IN.  Counsel for Debtor to submit order within 7 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**